UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CR-00297-AGF |
| ) | |
| AMS MEDICAL LABORATORY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Indictment Against Defendant AMS Medical Laboratory, Inc. (Doc. No. 396) is **GRANTED**, and Defendant AMS Medical Laboratory, Inc. is dismissed without prejudice.

Dated this 27th day of July, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE